United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENTINO ORTIZ-ALVARADO, §<br>   "Petitioner," §<br>  §<br>v. §<br>  §<br>WARDEN PORT ISABEL DETENTION §<br>CENTER, *et al.,* §<br>   "Respondents." § | Civil Action No. 1:25-cv-00310 |

### ORDER

To assess the impact of the class action suit in *Maldonado Bautista v. Santacruz*[1] on this case, the Court **ORDERS** the parties to submit supplemental briefing identifying what bearing, if any, that class action has on Petitioner. The parties must submit their responses **by January 22, 2026, at 5 p.m. C.S.T**.

Signed on January 12, 2026.

_____
Rolando Olvera
United States District Judge

---

[1] No. 5-25-CV-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025).