United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JUVENTINO ORTIZ-ALVARADO**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:25-cv-310** |
| | § | |
| **WARDEN**, Port Isabel Detention | § | |
| Center, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Petitioner Juventino Ortiz-Alvarado has filed an "Emergency Motion for Interim Habeas Relief (Immediate or Conditional Release Pending Adjudication)" (hereinafter referred to as Petitioner's "Motion for Release"). Dkt. No. 9. Petitioner has also filed a "Motion for Leave to File Supplemental Brief in Support of Petition for Writ of Habeas Corpus" (hereinafter referred to as Petitioner's "Motion for Leave"). Dkt. No. 22. Petitioner's Motion for Leave [Dkt. No. 22] is **GRANTED**. However, because the nature of his custody appears to have changed since the filing of his Motion for Release,[1] his Motion for Release is **DENIED** without prejudice to the filing of a motion which describes the current nature of his custody, and the current grounds for relief, if any.

**SO ORDERED**.

**SIGNED** on this **28th** day of **September, 2026** at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**

[1] *See* Dkt. Nos. 22, 22-1, 22-3. 22-4.